# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
## *Dallas Division*

 Elizabeth Garcia, et. al.  
Plaintiff

v.                                                              3:15-CV-3089-C  
                                                                Civil Action No.

 Oscar Carrasco  
Defendant

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

 Oscar Carrasco

_____

provides the following information:

   For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*\*Please separate names with a comma. Only text visible within box will print.*

 N/A

   A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*\*Please separate names with a comma. Only text visible within box will print.*

Maria A. Huerta, Plaintiff  
Elizabeth Garcia, Plaintiff  
Jamyshd M. Zadeh, Plaintiff's Counsel  
Michael Anthony Emma, Plaintiff's Counsel  
Oscar Carrasco, Defendant

| | |
|---|---|
| Date: | September 2, 2015 |
| Signature: | /s/Dimitri N. Rocha |
| Print Name: | Dimitri N. Rocha |
| Bar Number: | Florida State Bar No. 693332 |
| Address: | 1100 Commerce Street |
| City, State, Zip: | Dallas, TX 75242 |
| Telephone: | 214-659-8650 |
| Fax: | 214-659-8807 |
| E-Mail: | dimitri.rocha@usdoj.gov |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons